# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

————

(302) 658-9200
(302) 658-3989 FAX

KAREN JACOBS
(302) 351-9227
(302) 425-4681 FAX
kjacobs@morrisnichols.com

April 23, 2024

The Honorable Joel H. Slomsky                                    *VIA ELECTRONIC FILING*
U.S. District Court, E.D. of PA
13614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

> Re:    *In re: Meta Platforms, Inc., et al. Application for the Issuance of*
>        *Subpoena to Leonid Sigal*; Misc. A. No. 24-182 (JHS) (D. Del.);
>        *In re: Meta Platforms, Inc., et al. Application for the Issuance of*
>        *Subpoena to Michael J. Black*; Misc. A. No. 24-183 (JHS) (D. Del.).

Dear Judge Slomsky:

I write on behalf of Applicants Meta Platforms, Inc.; Instagram, Inc.; WhatsApp LLC; Meta Platforms Technologies, LLC; and GIPHY, Inc. (collectively, "Applicants") to respectfully request that the Court issue the subpoenas attached to Applications for the Issuance of a Subpoena *Ad Testificandum* and Subpoena *Duces Tecum* Pursuant to 35 U.S.C. § 24 to Leonid Sigal and Michael J. Black (Misc. A. Nos. 24-182, D.I. 1 and 24-183, D.I. 1 respectively (collectively, the "Applications")).

Applicants filed these Applications on April 5, 2024.  The subpoenas attached to the Applications set compliance deadlines of April 19, 2024 for the Subpoenas *Duces Tecum* and April 26, 2024 for the Subpoenas *Ad Testificandum* (D.I. 1-1 and 1-2).  The Applications were subsequently assigned to Your Honor on April 10, 2024.

As outlined in the Applications, Applicants seek to use discovery obtained from Messrs. Sigal and Black in a pending *inter partes* review ("IPR") proceeding before the Patent Trial and Appeal Board.  (IPR2023-00924).  The deadline for Applicants to submit their reply to the Patent Owner's response to the IPR is June 10, 2024 (IPR2023-00924, Paper 22) and Applicants anticipate that Messrs. Sigal and Black's documents and testimony will be relevant to this submission.  In light of this deadline, Applicants respectfully request that the Court issue the subpoenas so that, if granted, the discovery can be obtained from Messrs. Sigal and Black with

The Honorable Joel H. Slomsky
April 23, 2024
Page 2

sufficient time to review and incorporate the materials in advance of the June 10, 2024 reply deadline.

For the Court's convenience, Applicants are attaching updated copies of the subpoenas to this letter that provide May 8, 2024 compliance deadlines for the Subpoenas *Duces Tecum* and May 15, 2024 compliance deadlines for the Subpoenas *Ad Testificandum*. (Exs. A-D). No other changes have been made to the subpoenas submitted at D.I. 1-1 and 1-2 in both Applications.

Applicants appreciate the Court's attention to this matter and counsel are available should the Court have any questions.

Respectfully,

*/s/ Karen Jacobs*

Karen Jacobs (#2881)

KJ/bs
Attachments

cc:  All counsel of record (via electronic mail w/ attachments)