IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re Application of               )

                           )

META PLATFORMS, INC.,        )
INSTAGRAM, INC., WHATSAPP LLC,   )
META PLATFORMS TECHNOLOGIES,   )
LLC and GIPHY, INC.,         )  C.A. No. 24-MC-183

                           )

          Applicants.       )

## **ORDER**

Upon the Application for the Issuance of a Subpoena *Ad Testificandum* and Subpoena *Duces Tecum* Pursuant to 35 U.S.C. § 24 to Michael J. Black filed by Meta Platforms, Inc.; Instagram, Inc.; WhatsApp LLC; Meta Platforms Technologies, LLC; and GIPHY, Inc. (collectively, "Applicants"), it is hereby:

ORDERED that the Application is Granted, and it is further

ORDERED that the Clerk of the Court shall execute a copies of (1) the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises and (2) the Subpoena to Testify at a Deposition (collectively the "Subpoenas"), attached as Exhibits 1 and 2 to the Application, and provide the executed Subpoenas to Applicants' counsel for service on Michael J. Black.

SO ORDERED this 24th day of April, 2024

/s/ Joel H. Slomsky, J.
United States District Judge